A. G. E. Mills Corporation v. Commissioner.
A. G. E. Mills Corp. v. Commissioner
Docket No. 38988.
United States Tax Court
1953 Tax Ct. Memo LEXIS 191; 12 T.C.M. (CCH) 722; T.C.M. (RIA) 53227; June 29, 1953
*191 Philip A. Brenner, Esq., for the petitioner. Joseph F. Lawless, Esq., for the respondent. RAUM
Memorandum Opinion RAUM, Judge: This is a transferee case in which the Commissioner has sought to charge the petitioner with income tax and 50 per cent penalty which he determined against Louis Swee, transferor, as follows: Deficiency
50 Per Cent
Kind
per Statu-
Penalty per
Year
of Tax
tory Notice
Statutory Notice
1942
Income
$ 7,741.79
$ 3,870.90
1943
Income
856.05
428.03
1944
Income
119,687.82
59,843.91
1945
Income
26,965.42
13,842.71
1946
Income
4,268.36
2,134.18
The facts have been stipulated, and the transferor's liability for the amounts involved is conceded. The stipulation of facts includes the following paragraph: On or about January 15, 1950, Louis Swee, transferor, transferred to petitioner, A. G. E. Mills Corporation, without consideration, cash in the amount of $237,594.65. As a result of said transfer Louis Swee became insolvent. This case has arisen because some dispute or confusion has arisen as to the precise character of the transferee's liability. In view of the stipulation of facts, petitioner, *192 as transferee, is chargeable in full for the transferor's liability to the exent of $237,594.65 plus interest as provided by law. An order will be entered in accordance herewith.